UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER T. ASHLEY**  LA. DOC#108342 | **CIVIL ACTION NO. 3:10-cv-1076** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **EAST CARROLL PARISH**  **DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is a civil rights complaint filed by Plaintiff Christopher T. Ashley ("Ashley") against Defendants East Carroll Parish Sheriff Mark Shumate, East Carroll Parish Detention Center Warden Harris, Officers Turner and Bradford, and fellow inmate Frederick Bias ("Bias"). On October 13, 2010, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 6] recommending that the Court dismiss all of Ashley's federal claims against Defendants. Additionally, she recommended that the Court dismiss Ashley's state tort claim against Bias for "lack of subject matter jurisdiction." The Court agrees with and ADOPTS the Magistrate Judge's analysis and recommendations with regard to Ashley's pending federal claims.

However, the Court DECLINES TO ADOPT the conclusion that the Court lacks subject matter jurisdiction to consider Ashley's state tort claim against Bias. Instead, the Court finds that it could potentially exercise supplemental jurisdiction over Ashley's state tort claim, but the Court declines to do so in this case. The Court will dismiss the tort claim against Bias without

prejudice to Ashley's right to reassert the claim in state court.

    MONROE, LOUISIANA, this 17th day of November, 2010.

                                                ROBERT G. JAMES
                                                UNITED STATES DISTRICT JUDGE