## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER T. ASHLEY** **LA. DOC#108342** | **CIVIL ACTION NO. 3:10-cv-1076** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **EAST CARROLL PARISH** **DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, to the extent adopted by the Court, and for those additional reasons in the Court's Ruling, noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

To the extent that Plaintiff attempts to bring a state law tort claim against Defendant Frederick Bias,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise supplemental jurisdiction over the tort claim, and the claim is **DISMISSED**

**WITHOUT PREJUDICE** to Plaintiff's right to reassert that claim in state court.

**MONROE, LOUISIANA,** this 17th day of November, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE